**UNITED STATES of America, Appellant, v. PACIFIC ELECTRIC RAILWAY COMPANY, a Corporation, Appellee.**

**PACIFIC ELECTRIC RAILWAY COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee.**

No. 11843.

United States Court of Appeals
Ninth Circuit.

Jan. 22, 1949.

H. G. Morison, Asst. Atty. Gen., and James M. Carter, U. S. Atty., of Los Angeles, Cal., (Edward H. Hickey, Sp. Asst. to Atty. Gen., and Armistead B. Rood, Atty., Dept. of Justice, of Washington, D. C., of counsel), for appellant, U. S. A.

Frank Karr, C. W. Cornell and E. D. Yeomans, all of Los Angeles, Cal., for appellant Pacific Electric Ry. Co.

Before MATHEWS and STEPHENS, Circuit Judges, and DRIVER, District Judge.

PER CURIAM.

This Court being in agreement with the judgment of the district court herein and with the opinion of District Judge William Mathes published in 71 F.Supp. 987, therefore orders the judgment,

Affirmed.

**Ella DUGAR, Appellant, v. Hugh A. VORIS, Deputy Commissioner, Eighth Compensation District, et al.**

No. 12296.

United States Court of Appeals
Fifth Circuit.

Jan. 25, 1949.

In forma pauperis.

John G. Tucker, of Beaumont, Tex., for appellant.

John D. Reinstra, Asst. U. S. Atty., of Beaumont, Tex., and M. L. Cook, of Galveston, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**ILLINOIS POWER COMPANY, a Corporation, Petitioner, v. FEDERAL POWER COMMISSION.**

No. 13708.

United States Court of Appeals
Eighth Circuit.

Jan. 4, 1949.

Leo F. Tierney and Donald M. Graham, both of Chicago, Ill., and Herbert M. Livingston, of Bloomington, Ill., for petitioner.

Bradford Ross, Gen. Counsel, Federal Power Commission, and Lambert McAllister, Sp. Counsel, Federal Power Commission, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review and stay of order of Federal Power Commission of November 25, 1947, dismissed, on motion of petitioner.